**MEMO ENDORSED**



# STEIN | SAKS, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___04/28/2023___

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 26, 2023

<u>**Via CM/ECF**</u>
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York

Re:   **Velazquez v. Elder Depot, Inc.**
         **Case #: 1:23-cv-00105-VEC**

Dear Judge Caproni:

We represent the plaintiff in the above matter. We write to respectfully request an extension of seven days to move for leave to file an amended complaint, and to address the Court's concerns regarding Plaintiff's standing, pursuant to Your Honor's order of April 20, 2023. The new due date would be May 4, 2023.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

Application DENIED as moot. As set forth in the Undersigned's rules, any requests for extensions must be made at least 48 hours in advance of the deadline. The Court would have denied counsel's request in any event because he does not explain why an extension would have been justified.

SO ORDERED.

*Valerie Caproni* 04/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE